■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MANOR, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on June 9, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Kassal and Smith, JJ.

■ ARTHUR YOUNG & COMPANY, Appellant, v CENTERRE BANK OF KANSAS CITY, N. A., et al., Respondents.—Order, Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on July 23, 1987, and judgment of said court entered thereon on July 29, 1987, unanimously affirmed. Respondents shall recover of appellant one bill of $75 costs and disbursements of these appeals. The motion by plaintiff-appellant to enlarge the record on appeal and the cross motion by defendants-respondents to expunge and to strike the reply brief are both denied. No opinion. Concur—Sandler, J. P., Ross, Kassal and Smith, JJ.

■ In the Matter of PAUL WILSON, Appellant, v CBS, INC., Respondent.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on or about April 8, 1987, unanimously affirmed, without costs and without disbursements. Motion by respondent to strike portions of appellant's reply brief denied. No opinion. Concur—Sandler, J. P., Ross, Kassal and Smith, JJ.